# EXHIBIT C

**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE
NEW YORK, N.Y. 10016

AREA CODE 212
889-7400

TELECOPIER
212-684-0314

TELEX
238790 NYK

September 8, 2006

*Via DHL Overnight Express Mail To:*

**MARCOS FALCHI**
15 West 36th Street, Floor 11
New York, New York 10018

**JOSHUA C. LU**
**URBAN ATTITUDES, LLC**
15 West 36th Street, Floor 11
New York, New York 10018

*Regarding:* <u>CHI BY FALCHI INFRINGEMENT</u>

Gentlemen:

  We are the attorneys for Cyber Champion International, Ltd. ("Cyber").

  Cyber is the owner of various federally registered trademarks for the marks "Carlos Falchi" Registration No. 1,116,624 and "Carlos Falchi" Registration No. 1,477,810.

  Cyber has recently learned that you are selling infringing items bearing the infringing mark "CHI BY FALCHI" (the "Infringing Mark"). Such infringing sales are being made to, in particular but without limitation, Home Shopping Network.

  Your sale of infringing items violates various sections of Title 15 of the United States Code regarding trademarks and unfair competition as well as state trademark and unfair competition laws.

  Accordingly, we demand that you immediately take the following steps:

  1. Cease any and all commercial uses of the Infringing Mark, including but not limited to all efforts to buy or sell, or offer to buy or sell any items bearing the Infringing Mark;

  2. Send notice to all persons having purchased from you or sold to you the items bearing the Infringing Mark that such items are infringing;

LAZARUS & LAZARUS, P.C.

**MARCOS FALCHI**
**JOSHUA C. LU, URBAN ATTITUDES, LLC**
September 8, 2006, Page 2.

    3.    Provide to me in writing specific details regarding your production, manufacture or acquisition of items bearing the Infringing Mark, including but not limited to all particulars of or relating to items sold, shown or produced for Home Shopping Network, and any all other individuals and companies involved, the dates of all offers or transactions, and amounts of money involved in any purchase or sale of infringing items.

    4.    Provide to me copies of all internal records, memos, communications, and correspondence, whether by ground or air mail, phone, facsimile or e-mail, of or relating to the infringing items.

    5.    Provide to me in writing the specific details of your sales of infringing items, including customer names, dates of sales transactions, gross sales volume, profit and sale reports, credits, or returns of or relating to infringing items, including details of sales made on, over or by television, radio, phone or through the internet.

    Unless you honor these requests, Cyber will be forced to take appropriate steps to enforce and protect its rights, including seeking money damages, as well as injunctive relief, costs, attorneys' fees and any other remedies available under the law, including, if applicable, criminal prosecution by federal law enforcement authorities. Cyber reserves its rights under state and federal law based on your conduct to date.

    Please confirm, in writing, that you will comply with our requests by September 22 2006. If we do not receive your written assurance by that time, we will assume you do not wish to resolve this matter amicably.

    You may contact me directly at (212) 889-7400 if you have any questions.

Very truly yours,

Harlan M. Lazarus

HML.TAO - cc. *Cyber Champion International, Ltd.*