# EXHIBIT D

----- Original Message -----
**From:** Carlos Falchi
**To:** john@kingkong.com.hk
**Sent:** Wednesday, September 13, 2006 6:23 AM
**Subject:** Chi By Falchi

Dear John,

I tried to email you yesterday, but the email was returned to me. my cel phone is : 1-646 345 9364 please call me ANYTIME.

To my great surprise, I received a copy of the letter from Harlan to Marcos regsrding the Chi by Falchi Brand we are selling on HSN.

i am so surprised to receive this letter for 2 reasons, the first is why didn't he call me first ? we are partners and if he sees something that afects our business, he should call me before taking any action and second is that you know very well we are workin g with this brand , including the fact that you have made samples of shoes for HNS with the Chi label on them

http://m04.webmail.aol.com/22250/aol/en-us/mail/display-message.aspx                    12/11/2006

since 2005.

Marcos tried to register this trade mark in 2003 when he was not working with me and When i asked him to join me , he has since dropped this and the Chi brand is under our atributions agreement with Cyber champion.

In the beginning of 2005 I bought Marcos over to our side with his client HSN and as you know i go on TV and i am now the designer behind the brand under the attribution clause of our agreement.

Marcos is not doing any business with HSN, I am doing business with HSN under our agreement.

This business is helping fund my business and pay the royalties that I am paying you.

I have a big mess because of Harlan's letter and my distributor has stopped every shipment to HSN and I have orders cancelling this Friday.

I need you to authorize Harlan to send me a letter stating that I am allowed to use the brand Chi by Falchi and that you will not do anything to impede my selling to HSN , otherwise I will lose this client and this will be terrible for our business.

Please ask Harlan to send me a letter URGENT tomorrow, as I must ship to HSN on Friday.

John please do not let this letter destroy the business that we are finally building for our brands. Enclosed please find my letter to Harlan, sent today with pictures of the shoes.

I am counting on you to help me difuse this situation , please !!!

Thank you, regards

Carlos

# CARLOS FALCHI

TO : Harlan Lazarus

From : Carlos Falchi

Re: Chi by Falchi
September 12, 2006

Dear Harlan,

As I mentioned to you, John is very aware of Chi by Falchi brand being one of the attribution brands under our agreement and I have been working with John on it since August 2005, when we presented shoe samples to HSN made by King Kong.

Marcos was not working with me in 2003 when he tried to register Chi, and since I have entered into the agreement with Cyber, I have brought Marcos to work with me this and brand has been part of our attributions brand ( Remember I gave Cyber the attribution rights on our contract ?) .

Your letter has stopped all shipments from our distributor to HSN and I have orders canceling this Friday, that if not shipped, it will destroy all that I have built for Cyber and myself with HSN.

I have enclosed copy of emails between John and Marcos, as well as samples of pairs of shoes made by King Kong bearing the Chi label, to show that I have already brought this brand into our agreement.

This is already part of the business I am paying Cyber for, where do you think my income is coming from ?

Can you please send me a letter IMMEDIATELY, stating that I have the right to use the brand Chi by Falchi and to ship goods to HSN and that you will not take any action to impede me from shipping goods under this brand, otherwise we will be in big trouble with our client, as I have orders for handbags canceling **this Friday** .

Please note that since I brought Marcos to work with me , I am the person appearing on television selling the products.

Thank you, regards


Carlos Falchi














