**EXHIBIT F**

**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE
NEW YORK, N.Y. 10016

AREA CODE 212
889-7400

TELECOPIER
212-684-0314

TELEX
238790 NYK

January 4, 2007

*Via Facsimile, First Class, Certified &
Overnight Express Mail - R.R.R. To:*

**CARLOS FALCHI**
260 West 39th Street, 16th Floor
New York, New York 10018

    *Re*: Agreement Made The 31st Day of December, 2004 By and Between:
    CYBER CHAMPION INTERNATIONAL LIMITED ("Licensor") and
    CARLOS FALCHI ("Licensee")
    Termination Notice and (Alternatively) Notice of Termination

Dear Mr. Falchi:

    WITHOUT PREJUDICE.

    Enclosed herewith please find, on behalf of Licensor, Cyber Champion International Limited, Cyber Champion International Limited's Termination Notice and (Alternatively) Notice of Termination duly executed by John Khuu on its behalf.

                                    Very truly yours,

                                    Harlan M. Lazarus

HML.TAO - *Enclosure*

cc. *Michael Lichtenstein, Esq.*

Dated as of December 20, 2006

**TERMINATION NOTICE**
**and (Alternatively)**
**NOTICE OF TERMINATION**

*Via Facsimile, First Class, Certified &*
*Overnight Express Mail - R.R.R. To:*

**CARLOS FALCHI**
260 West 39th Street, 16th Floor
New York, New York 10018

Re: <u>AGREEMENT MADE THE 31ST DAY OF DECEMBER, 2004</u>

Dear Mr. Falchi:

WITHOUT PREJUDICE.

Reference is made to that certain Agreement made the 31st day of December, 2004 by and between Cyber Champion International Limited, a corporation organized under the law of the British Virgin Islands, having its principal address at c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, New York, N.Y. 10016 ("Licensor") and Carlos Falchi, an individual, having his principal office at 260 West 39th Street ("Licensee") (the "Agreement") subject of that certain Stipulation of Discontinuance So Ordered by the Honorable Magistrate Judge Theordore H. Katz February 2, 2005.

<u>TERMINATION PURSUANT TO PARAGRAPH 10.02(e) OF THE AGREEMENT</u>

Please be advised that pursuant to Paragraph 10.02(e) of the Agreement, the Agreement is terminated without a right to cure in that the conduct described in Michael Lichtenstein, Esq.'s letters of September 25, 2006, and thereafter, describes, sets forth, and constitutes an unauthorized transfer of rights under the Agreement contrary to the terms and conditions of the Agreement.

**CARLOS FALCHI**
TERMINATION NOTICE AND (Alternatively) NOTICE OF TERMINATION
Dated as of December 20, 2006, Page 2.

**(ALTERNATIVELY)**
**NOTICE OF TERMINATION**
**PURSUANT TO PARAGRAPH 10.03 OF THE AGREEMENT**

Assuming, arguendo, that for any reason whatsoever the Termination Notice set forth herein pursuant to Paragraph 10.02(e) of the Agreement is ruled, held, or determined invalid, Licensor gives Notice of Termination hereby pursuant to Paragraph 10.03(e) of the Agreement for the numerous breaches and violations of the Agreement as set forth in the correspondence from the undersigned to Licensee dated: September 8, 2006, September 13, 2006 and September 18, 2006, together with the confirmation of such breaches as set forth in the correspondence from Michael Lichtenstein, Esq. to the undersigned dated: September 25, 2006, October 17, 2006 and December 8, 2006, in which Licensee, by counsel, confirmed a substantial indebtedness to Licensor for unpaid royalties pursuant to the Agreement, together with Carlos Falchi's electronic mail correspondence to the undersigned and to Licensor dated September 12, 2006 and September 13, 2006.

**LICENSEE'S TERMINATION OBLIGATIONS**

Pursuant to Paragraph 10.4 of the Agreement, Demand is made that you:

a.  bring current all accounts with Licensor;

b.  stop using the Trademarks;

c.  return to Licensor any materials obtained by Licensee, from or through Licensor;

d.  execute and deliver to Licensor any and all documents reasonably required by Licensor regarding termination of this License Agreement and the Trademarks; and

e.  discontinue use of the Trademarks and anything similar to, or that may be confused with the Trademarks on Licensed Products or Additional Products.

All rights herein are expressly reserved.

Very truly yours,

CYBER CHAMPION INTERNATIONAL LIMITED

*/s/ John Khuu*
By: John Khuu

cc. *Michael Lichtenstein, Esq.*

```
                    JOB STATUS REPORT

                                    TIME  : 01/03/2007 23:14
                                    NAME  : LAZARUS
                                    FAX#  : 2100
                                    TEL.# : 2126840314
                                    SER.# : 000005060789


    DATE,TIME              01/03  23:13
    FAX NO./NAME           16466499590
    DURATION               00:00:48
    PAGE(S)                04
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

## LAZARUS & LAZARUS, P.C.
240 Madison Avenue
New York, New York 10016
Tel: (212) 889-7400
Fax: (212) 684-0314

# FAX COVER SHEET

### URGENT MATTER PENDING - PLEASE DELIVER PROMPTLY

FAX NUMBER TRANSMITTED TO: LISTED BELOW

To:  **CARLOS FALCHI**                          646 649-9590 FAX**
                                                212 921-2955 FAX
                                                212 921-2935 TEL

Re:  **CYBER CHAMPION INTERNATIONAL LIMITED**

From: HARLAN M. LAZARUS, ESQ.

Date: JANUARY 4, 2007

Number of pages inclusive of this Cover Sheet is (    ).

COMMENT: **ORIGINAL WILL FOLLOW.**

**CONFIDENTIALITY NOTICE:** This material is being sent by a law office and is intended for the addressee only. Various legal protections including the attorney-client privilege apply to this material and no consent is given to its being read, or used, by anyone other than the intended recipient. Any other use is unlawful. If you receive this facsimile in error, please destroy it immediately and notify the sender at (212) 889-7400.

```
                    JOB STATUS REPORT

                                    TIME  : 01/03/2007 23:15
                                    NAME  : LAZARUS
                                    FAX#  : 2100
                                    TEL#  : 2126840314
                                    SER.# : 000005060789

    DATE,TIME               01/03  23:15
    FAX NO./NAME            12129212955
    DURATION                00:00:39
    PAGE(S)                 04
    RESULT                  OK
    MODE                    STANDARD
                            ECM
```

## LAZARUS & LAZARUS, P.C.

240 Madison Avenue
New York, New York 10016
Tel: (212) 889-7400
Fax: (212) 684-0314

# FAX COVER SHEET

### URGENT MATTER PENDING - PLEASE DELIVER PROMPTLY

FAX NUMBER TRANSMITTED TO: LISTED BELOW

To:     **CARLOS FALCHI**                       646 649-9590 FAX
                                                212 921-2955 FAX**
                                                212 921-2935 TEL

Re:     **CYBER CHAMPION INTERNATIONAL LIMITED**

From:   HARLAN M. LAZARUS, ESQ.

Date:   JANUARY 4, 2007

Number of pages inclusive of this Cover Sheet is ( 4 ).

COMMENT: **ORIGINAL WILL FOLLOW.**

**CONFIDENTIALITY NOTICE:** This material is being sent by a law office and is intended for the addressee only. Various legal protections including the attorney-client privilege apply to this material and no consent is given to its being read, or used, by anyone other than the intended recipient. Any other use is unlawful. If you receive this facsimile in error, please destroy it immediately and notify the sender at (212) 889-7400.

## DHL Waybill

**1. Sender Account Number:** 192850326
**Preprint Format No.:** 92286020
**3. Payment:** Sender will be billed unless marked otherwise
**Origin:** TSS
**Waybill Number:** 6063797746

**FROM (Company):** LAZARUS & LAZARUS
**Street Address:** 9TH FLOOR, 240 MADISON AVE
**City:** NEW YORK
**State:** NY
**ZIP CODE:** 10016
**Sent by (Name/Dept):** [signature] Lazarus
**Phone:** 212-889-7400

**Billing Reference:** BL2049

**2. TO (Company):** MR. CARLOS FALCHI
**Street Address:** 260 West 39 Street, 16th Floor
**City:** New York
**State:** NY
**ZIP CODE:** 10018
**Attention (Name/Dept):** MR. CARLOS FALCHI

**Description:** Legal Cor[respondence]

**Sender's Signature:** [signature]
**Date:** 1/4/07

**5. # of Pkgs:** 1

**Service Type:** 12:00

SENDER'S COPY

---

### Domestic Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**
MR. CARLOS FALCHI
260 West 39 Street, 16th Floor
New York, NY 10018

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** X [signature]  ☐ Agent  ☐ Addressee
**B. Received by (Printed Name):** Bruce Allen
**C. Date of Delivery:**

**D. Is delivery address different from item 1?** ☐ Yes  ☐ No
If YES, enter delivery address below:

**3. Service Type:**
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**2. Article Number (Transfer from service label):** 7006 0810 0004 7148 7203

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

```
                              JOB STATUS REPORT

                                             TIME  : 01/03/2007 23:23
                                             NAME  : LAZARUS
                                             FAX#  : 2100
                                             TEL#  : 2126840314
                                             SER.# : 000005060789

     DATE,TIME                         01/03  23:22
     FAX NO./NAME                      12124792511
     DURATION                          00:00:46
     PAGE(S)                           04
     RESULT                            OK
     MODE                              STANDARD
                                       ECM
```

LAW OFFICES OF

# LAZARUS & LAZARUS, P.C.

240 Madison Avenue
New York, New York 10016
Tel: (212) 889-7400
Fax: (212) 684-0314

# FAX COVER SHEET

## MATTERS PENDING - PLEASE DELIVER PROMPTLY

FAX NUMBER TRANSMITTED TO: LISTED BELOW

To: **MICHAEL LICHTENSTEIN, ESQ.**      212 479-2511 FAX
                                         212 297-6147 TEL

Re: **CARLOS FALCHI - CHI BY FALCHI™**

From: HARLAN M. LAZARUS, ESQ.

Date: JANUARY 4, 2007

Number of pages inclusive of this Cover Sheet is ( 4 ).

COMMENT: **ORIGINAL WILL FOLLOW.**

**CONFIDENTIALITY NOTICE:** This material is being sent by a law office and is intended for the addressee only. Various legal protections including the attorney-client privilege apply to this material and no consent is given to its being read, or used, by anyone other than the intended recipient. Any other use is unlawful. If you receive this facsimile in error, please destroy it immediately and notify the sender at (212) 889-7400.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jennifer Kresh_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Jennifer Kanicki    5/06 |
| 1. Article Addressed to:<br>Michael Lichtenstein<br>Group L Consulting<br>420 Lexington Avenue<br>New York, NY 10170 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0004 7148 7210 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540