UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CYBER CHAMPION INTERNATIONAL, LTD.,



Case No.:

Plaintiff,

- against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

Defendants.
-----------------------------------------------------------X



## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff, Cyber Champion International, Ltd., certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which are publicly held:

NONE.

Date: October 23, 2007
      New York, New York

LAZARUS & LAZARUS, P.C.

By: _____
HARLAN M. LAZARUS, P.C. (HML-0268)
*Attorneys for Plaintiff*
240 Madison Avenue, 8th Floor
New York, New York 10016
Tele. (212) 889-7400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                                                        Case No.:

            Plaintiff,

    - against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

            Defendants.
-----------------------------------------------------------------X

# RULE 7.1 STATEMENT

LAZARUS & LAZARUS, P.C.
*Attorneys for Plaintiff*
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. (212) 889-7400