

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYBER CHAMPION
INTERNATIONAL, LTD.

        Plaintiff,

- against -

CARLOS FALCHI, MARCOS FALCHI
AND XYZ COMPANIES,

        Defendants.

Case Number: 07 civ 9503 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

STIPULATION AND ORDER
CONCERNING TIME TO ANSWER

---

    **IT IS HEREBY STIPULATED** that the time for the defendant Marcos Falchi and to answer or otherwise move against the complaint be, and the same hereby is, extended for a period of ten (10) days to an including **January 21, 2008.**

Dated: Red Bank, New Jersey
       January 10, 2008

                      MALDJIAN & FALLON, LLC

                      By: _____
                      Brian M. Gaynor (BG 0387)
                      *Attorneys for Defendant*
                      *Marcos Falchi*
                      365 Broad Street, Third Floor
                      Red Bank, New Jersey 07701
                      P.732.275.3100
                      F.732.530.2039
                      bgaynor@mfiplaw.com

00111861;2

LAZARUS & LAZARUS, P.C.

By: /s/
Harlan M. Lazarus (HL 0268)
Attorneys for Plaintiff
Cyber Caption International, Ltd.
240 Madison Avenue – 8th Floor
New York, New York  10016
T. 212.889-7400
F. 212.684-0314

SO ORDERED:

_____
United Stated District Judge

Dated: 1/17/08

001118612