UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Maldjian & Fallon LLC**
Brian M. Gaynor (BG 0387)
365 Broad Street, Third Floor
Red Bank, New Jersey 07710
Attorneys for Defendant,
Marcos Falchi

---

| | |
|---|---|
| Cyber Champion International, Ltd. | Case No.: 07 CIV 9503 (LAK) |
| vs. | **NOTICE OF MOTION** |
| Carlos Falchi, Marcos Falchi, and XYZ Companies | |

---

Motion By:             Defendant Marcos Falchi.

Relief Requested:      An order, pursuant to F.R.C.P. 12(b)(5), F.R.C.P. 12(b)(6), and F.R.C.P. 9(b), dismissing the complaint.

Supporting Papers:     Declaration of Brian M. Gaynor, Esq.; Declaration of Defendant Marcos Falchi,; summons and compliant herein; memorandum of law.

Opposing Papers:       Must be served within 10 business days after service of these moving papers, pursuant to Local Civil Rule 6.1(b).

Dated:    Red Bank, New Jersey
          January 17, 2008

*/s/ Brian Gaynor*
Brian Gaynor, Esq. (BG 0387)
**MALDJIAN & FALLON LLC**
365 Broad Street, Third Floor
Red Bank, New Jersey 07701
P.732.275.3100
F.732.530.2039
bgaynor@mfiplaw.com
Attorneys for Defendant

To: Dwight Yellen, Esq.
Ballon Stoll Bader & Nadler, P.C.
1450 Broadway - 14th Floor
New York, NY  10018-2268

Harlan M. Lazarus, Esq.
Lazarus & Lazarus
240 Madison Avenue
New York, NY 10016
212-889-7400