# Exhibit B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jan 17 04:06:20 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]
[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 2 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# CHI BY FALCHI

| | |
|---|---|
| **Word Mark** | CHI BY FALCHI |
| **Goods and Services** | IC 025. US 022 039. G & S: Belts; Blazers; Blouses; Boots; Bottoms; Caps; Coats; Dresses; Ear muffs; Earbands; Fleece pullovers; Footwear; Gloves; Hats; Head wear; Hosiery; Jackets; Kerchiefs; Lingerie; Loungewear; Neckwear; Pants; Pullovers; Robes; Scarves; Shirts; Shoes; Shorts; Skirts; Sleepwear; Suits; Suspenders; Sweaters; Swim wear; Underwear; Vests. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77057413 |
| **Filing Date** | December 5, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 2007 |
| **Owner** | (APPLICANT) Falchi, Marcos INDIVIDUAL UNITED STATES 25 Tudor City Place, Suite 210 New York NEW YORK 10017 |
| **Attorney of Record** | Brian M. Gaynor |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-01-17 11:33:14 ET

Serial Number: 77057413   Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark

# CHI BY FALCHI

(words only): CHI BY FALCHI

Standard Character claim: Yes

Current Status: An opposition is now pending at the Trademark Trial and Appeal Board.

Date of Status: 2007-12-27

Filing Date: 2006-12-05

Filed as TEAS Plus Application: Yes

Currently TEAS Plus Application: Yes

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 111

Attorney Assigned:
SERVANCE RENEE L Employee Location

Current Location: 450 -Petitions Office

Date In Location: 2007-11-07

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Falchi, Marcos

**Address:**
Falchi, Marcos
25 Tudor City Place, Suite 210
New York, NY 10017
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Belts; Blazers; Blouses; Boots; Bottoms; Caps; Coats; Dresses; Ear muffs; Earbands; Fleece pullovers; Footwear; Gloves; Hats; Head wear; Hosiery; Jackets; Kerchiefs; Lingerie; Loungewear; Neckwear; Pants; Pullovers; Robes; Scarves; Shirts; Shoes; Shorts; Skirts; Sleepwear; Suits; Suspenders; Sweaters; Swim wear; Underwear; Vests
**Basis:** 1(a)
**First Use Date:** 2004-01-01
**First Use in Commerce Date:** 2004-01-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-01-04 - Attorney Revoked And/Or Appointed

2008-01-04 - TEAS Revoke/Appoint Attorney Received

2007-12-27 - Opposition instituted for Proceeding

2007-10-30 - Opposition instituted for Proceeding

2007-07-05 - Opposition papers filed

2007-10-03 - Registration canceled - Restored to pendency

2007-09-14 - Assigned To Petition Staff

2007-09-13 - Request To Cancel Inadvertently Issued Registration Received

2007-09-11 - Registered - Principal Register

2007-07-16 - Assigned To Examiner

2007-07-10 - EXPARTE APPEAL RECEIVED AT TTAB

2007-06-26 - Published for opposition

2007-06-06 - Notice of publication

2007-04-20 - Law Office Publication Review Completed

2007-04-20 - Assigned To LIE

2007-04-13 - TEAS Change Of Correspondence Received

2007-03-29 - Approved for Pub - Principal Register (Initial exam)

2007-03-29 - Assigned To Examiner

2006-12-08 - New Application Entered In Tram

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Brian M. Gaynor

**Correspondent**
BRIAN M. GAYNOR
MALDJIAN & FALLON LLC
365 BROAD STREET
RED BANK, NJ 07701
Phone Number: 732-275-3100
Fax Number: 732-530-2039



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jan 17 04:06:20 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]
[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ]  **Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# Chi by Falchi

| | |
|---|---|
| **Word Mark** | CHI BY FALCHI |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: PERFUME, PERSONAL FRAGRANCE, LIPSTICKS, MOISTURIZER, LOTION, CREAM, MAKE-UP |
| | IC 018. US 001 002 003 022 041. G & S: handbags; pocketbooks; purses; briefcase-type portfolios; key cases; wallets; attache cases; tote bags; luggage; multi-purpose sport bags; traveling trunks and carry-on bags; shoulder bags; garment bags for traveling; umbrellas; parasols; walking sticks; whips; harnesses and saddlery; trunks; satchels; clutch bags; rucksacks; travel trunks; drawstring pouches; hat boxes for travel; leather and imitation bags for shopping; cosmetic and vanity cases sold empty; document cases; traveling cases; business card cases |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 78331576 |
| **Filing Date** | November 21, 2003 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 26, 2005 |
| **Owner** | (APPLICANT) FALCHI, MARCOS INDIVIDUAL BRAZIL 25 Tudor City Place, Suite 210 New York NEW YORK 10017 |

| | |
|---|---|
| **Attorney of Record** | Brian M. Gaynor |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-01-17 11:33:26 ET

Serial Number: 78331576 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark

Chi by Falchi

(words only): CHI BY FALCHI

Standard Character claim: No

Current Status: An opposition is now pending at the Trademark Trial and Appeal Board.

Date of Status: 2005-05-25

Filing Date: 2003-11-21

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 114

Attorney Assigned:
ALT JILL C Employee Location

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-03-16

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. FALCHI, MARCOS

**Address:**
FALCHI, MARCOS
25 Tudor City Place, Suite 210
New York, NY 10017
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** Brazil
**Phone Number:** 212-736-6550
**Fax Number:** 212-736-6950

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUME, PERSONAL FRAGRANCE, LIPSTICKS, MOISTURIZER, LOTION, CREAM, MAKE-UP
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
handbags; pocketbooks; purses; briefcase-type portfolios; key cases; wallets; attache cases; tote bags; luggage; multi-purpose sport bags; traveling trunks and carry-on bags; shoulder bags; garment bags for traveling; umbrellas; parasols; walking sticks; whips; harnesses and saddlery; trunks; satchels; clutch bags; rucksacks; travel trunks; drawstring pouches; hat boxes for travel; leather and imitation bags for shopping; cosmetic and vanity cases sold empty; document cases; traveling cases; business card cases
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-01-04 - Attorney Revoked And/Or Appointed

2008-01-04 - TEAS Revoke/Appoint Attorney Received

2007-06-28 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-06-28 - TEAS Change Of Owner Address Received

2006-10-23 - PAPER RECEIVED

2006-09-25 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-09-25 - TEAS Change Of Owner Address Received

2005-05-25 - Opposition instituted for Proceeding

2005-05-24 - Opposition papers filed

2005-04-26 - Published for opposition

2005-04-06 - Notice of publication

2005-01-24 - Law Office Publication Review Completed

2005-01-21 - Assigned To LIE

2005-01-12 - Approved for Pub - Principal Register (Initial exam)

2005-01-12 - EXAMINERS AMENDMENT E-MAILED

2005-01-12 - Examiners Amendment -Written

2005-01-11 - Petition To Revive-Granted

2005-01-11 - TEAS Petition To Revive Received

2005-01-04 - Abandonment Notice Mailed - Failure To Respond

2005-01-04 - Abandonment - Failure To Respond Or Late Response

2004-06-06 - Non-final action e-mailed

2004-06-02 - Assigned To Examiner

2003-12-22 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Brian M. Gaynor

**Correspondent**
BRIAN M. GAYNOR
MALDJIAN & FALLON LLC
365 BROAD STREETTHIRD FLOOR
RED BANK, NJ 07701
Phone Number: 732-275-3100
Fax Number: 732-530-2039

**Domestic Representative**
JOSHUA C LU
Phone Number: 212-736-6550
Fax Number: 212-736-6950