UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
CYBER CHAMPION INTERNATIONAL, LTD., :
: 
                      Plaintiff, :   Case No: 07 CIV 9503
:
    - against - :
:
CARLOS FALCHI, MARCOS FALCHI, and XYZ :   **AFFIDAVIT OF**
COMPANIES, :   **SERVICE**
:
                    Defendants. :
---------------------------------------------------------------- X

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK )

      **LESLIE K. SCHWARZ**, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Queens County.

      On January 18, 2008, I mailed a true copy of the within document titled: **REPLY TO COUNTERCLAIMS,** by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

**MALDJIAN & FALLON LLC**
Intellectual Property Counsel
365 Broad Street, 3rd Floor
Red Bank, NJ 07701
Attn: **BRIAN GAYNOR, ESQ.**

**BALLON STOLL BADER**
  **& NADLER, P.C.**
1450 Broadway, 14th Floor
New York, NY 10018-2268
Attn: **DWIGHT YELLEN, ESQ.**

_____
LESLIE K. SCHWARZ

Sworn to before me
this 18th day of January, 2008

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20 11

_____
Notary