# EXHIBIT A

| | |
|---|---|
| Reminder: AOL will never ask you to send us your password or credit card number in an email. | This message has been scanned for known viruses. |

**From:** hmllaw@worldnet.att.net
**To:** carissalaz@aol.com
**Subject:** FW: Chi By Falchi
**Date:** Mon, 11 Dec 2006 9:52 AM
**Attachments:** CHI_BY_FALCHI_SHOES_MADE_BY__KING__KONG.xls (71K)   LETTER_TO_HARLAN.doc (22K)

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016
(212) 889 7400
(212) 684 0314 (fax)
hmllaw@att.net

---

**From:** John [mailto:john@kingkong.com.hk]
**Sent:** Sunday, December 10, 2006 11:34 PM
**To:** harlan lazarus
**Subject:** Fw: Chi By Falchi

Hi Harlan,

I am now confused. This email from Carlos dated Sept 13, contradicts what he and Marcos is currently stating? Marcos claims that Carlos is only the "spokeperson", while Carlos claimed he is the designer of the brand and that Chi by Falchi is under our agreement? Can we use this?

Regards,
John


----- Original Message -----
**From:** Carlos Falchi
**To:** john@kingkong.com.hk
**Sent:** Wednesday, September 13, 2006 6:23 AM
**Subject:** Chi By Falchi

Dear John,

I tried to email you yesterday, but the email was returned to me. my cel phone is : 1-646 345 9364 please call me ANYTIME.

To my great surprise , I received a copy of the letter from Harlan to Marcos regsrding the Chi by Falchi Brand we are selling on HSN.

i am so surprised to receive this letter for 2 reasons, the first is why didn't he call me first ? we are partners and if he sees something that afects our business, he should call me before taking any action and second is that you know very well we are workin g with this brand , including the fact that you have made samples of shoes for HNS with the Chi label on them

since 2005.

Marcos tried to register this trade mark in 2003 when he was not working with me and When i asked him to join me, he has since dropped this and the Chi brand is under our atributions agreement with Cyber champion.

In the beginning of 2005 I bought Marcos over to our side with his client HSN and as you know i go on TV and i am now the designer behind the brand under the attribution clause of our agreement.

Marcos is not doing any business with HSN, I am doing business with HSN under our agreement.

This business is helping fund my business and pay the royalties that I am paying you.

I have a big mess because of Harlan's letter and my distributor has stopped every shipment to HSN and I have orders cancelling this Friday.

I need you to authorize Harlan to send me a letter stating that I am allowed to use the brand Chi by Falchi and that you will not do anything to impede my selling to HSN, otherwise I will lose this client and this will be terrible for our business.

Please ask Harlan to send me a letter URGENT tomorrow, as I must ship to HSN on Friday.

John please do not let this letter destroy the business that we are finally building for our brands. Enclosed please find my letter to Harlan, sent today with pictures of the shoes.

I am counting on you to help me difuse this situation, please !!!

Thank you, regards

Carlos