# EXHIBIT D

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

Affidavit of Service of Summons of Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type

| COURT | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | Index No. 07 CIV 9503 |
|---|---|---|
| COUNTY OF | CYBER CHAMPION INTERNATIONAL, LTD. Plaintiff(s) against CARLOS FALCHI, ET AL., Defendant(s) | AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL ACTION, CIVIL COVER SHEET, RULE 7.1 STATEMENT |

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at CORONA, NEW YORK
That on 10/31/07 at 12:29 PM., at 260 WEST 39TH STREET, NEW YORK, NEW YORK 8TH FL.
deponent served the within summons, *and complaint on* defendant therein named,
IN A CIVIL ACTION, CIVIL COVER SHEET, CARLOS FALCHI
RULE 7.1 STATEMENT

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a _____ corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy *of each* to SUE MOE (CO-WORKER) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 11/2/07 AT 10:00 A.M.
C/O DESIGN DEVELOPMENT LAB, INC.

FILED U.S.D.N.Y. CASHIERS NOV -9 2007

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 260 WEST 39TH STREET, NEW YORK, N.Y. 10018 in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
11/2/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

JUAN D. AGUIRRE
License No. 843839

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

**Service of Process:**
1:07-cv-09503-UA Cyber Champion International, Ltd. v. Falchi et al
ECF, REFERRED

## U.S. District Court

## United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Lazarus, Harlan on 11/7/2007 at 4:39 PM EST and filed on 11/7/2007
**Case Name:**     Cyber Champion International, Ltd. v. Falchi et al
**Case Number:**   1:07-cv-9503
**Filer:**         Cyber Champion International, Ltd.
**Document Number:** 3

**Docket Text:**
AFFIDAVIT OF SERVICE of Summons and Complaint. Carlos Falchi served on 10/31/2007, answer due 11/20/2007. Service was accepted by SUE MOE (Co-Worker). Document filed by Cyber Champion International, Ltd.. (Lazarus, Harlan)


**1:07-cv-9503 Notice has been electronically mailed to:**

Harlan Mitchell Lazarus     hmllaw@worldnet.att.net

**1:07-cv-9503 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/7/2007] [FileNumber=3977799-0
] [a09dd43170e6ae0574b4a91b67e5f4f4f1a71d1d86c9e93564db32e3887e4b47d9a
31836dcebc7beebc5c16afa4262adfa7d6e0d6720971df1158a1fc3e144c6]]