# EXHIBIT F

B 151 — Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.; Military Service, 10 pt. type, 1-95

| | |
|---|---|
| **COURT** UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | **CASE** No. 07 CIV 9503 |
| **COUNTY OF** | |

CYBER CHAMPION INTERNATIONAL, LTD.

Plaintiff(s)

against

CARLOS FALCHI, ET AL.,

Defendant(s)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL ACTION**

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at CORONA, NEW YORK
That on 1/25/08 at 3:15P M., at 260 WEST 39TH STREET, NEW YORK, NEW YORK 7TH FL. defendant therein named, deponent served the within summons, and complaint on MARCOS FALCHI
IN A CIVIL ACTION

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy *of each* to ALEX FALCHI (SON) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state. which is defendant's—actual place of business—dwelling place—

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 1/28/08 AT 1:45 P.M.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 260 W. 39TH STREET, NEW YORK, NY 10018 in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
2/1/08

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

JUAN D. AGUIRRE
License No. 843839

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

**Service of Process:**
1:07-cv-09503-LAK Cyber Champion International, Ltd. v. Falchi et al
ECF

## U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Lazarus, Harlan on 2/1/2008 at 12:15 PM EST and filed on 2/1/2008

**Case Name:**      Cyber Champion International, Ltd. v. Falchi et al
**Case Number:**    1:07-cv-9503
**Filer:**          Cyber Champion International, Ltd.
**Document Number:** 21

**Docket Text:**
**AFFIDAVIT OF SERVICE of Summons and Complaint. Marcos Falchi served on 1/25/2008, answer due 2/19/2008. Service was accepted by Alex Falchi, son of Marcos Falchi. Service was made by MAIL. Document filed by Cyber Champion International, Ltd.. (Lazarus, Harlan)**

**1:07-cv-9503 Notice has been electronically mailed to:**

Harlan Mitchell Lazarus    hmllaw@worldnet.att.net

Dwight Yellen    dyellen@ballonstoll.com

**1:07-cv-9503 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/1/2008] [FileNumber=4233192-0]
[ae0be3060e947376dba40e7119055a4eca1ae0cdba58a3c1aae6a3cfe2f85d1d5373
b805d4bfd96eccf06e3899d3cc6948c457fea250749f56222b803baba12d]]