# EXHIBIT G

BT51— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.; Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

COURT **UNITED STATES DISTRICT COURT**
COUNTY OF **SOUTHERN DISTRICT OF NEW YORK**

CASE No. **07 CIV 9503**

**CYBER CHAMPION INTERNATIONAL, LTD.**

Plaintiff(s)

against

**CARLOS FALCHI, ET AL.,**

Defendant(s)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL ACTION**

STATE OF NEW YORK, COUNTY OF **NEW YORK** SS: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at **BROOKLYN, NEW YORK**
That on **1/30/08** at **1:25** PM., at **320 EAST 42ND STREET, NEW YORK, NEW YORK #905**
deponent served the within summons, and complaint on **MARCOS FALCHI** defendant therein named,
IN A CIVIL ACTION

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a corporation, by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☒ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there
ATTEMPTS: 1-28-08 AT 2:29 P.M.     1-30-08 AT 7:17 A.M.
1-29-08 AT 8:02 A.M.
1-29-08 AT 12:22 P.M.
1-29-08 AT 7:17 P.M.     MAILED ON: 1-31-08 AT 10:00 A.M.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at **320 E. 42ND STREET, NEW YORK, N.Y. 10017 #905** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☐
☐ Male    ☐ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.    ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
         ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache     ☐ 36-50 Yrs.    ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
         ☐ Brown Skin    ☐ Gray Hair     ☐ Beard        ☐ 51-65 Yrs.    ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
         ☐ Red Skin      ☐ Red Hair      ☐ Glasses      ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.
Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
1/31/08

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
**JEROME E. GOLDMAN**
License No. **1239192**

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inapplicable italicized language and military service allegation if not applicable.

**Service of Process:**
1:07-cv-09503-LAK Cyber Champion International, Ltd. v. Falchi et al
ECF

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Lazarus, Harlan on 1/31/2008 at 5:20 PM EST and filed on 1/31/2008

**Case Name:**     Cyber Champion International, Ltd. v. Falchi et al
**Case Number:**   1:07-cv-9503
**Filer:**         Cyber Champion International, Ltd.
**Document Number:** 20

**Docket Text:**
**AFFIDAVIT OF SERVICE of Summons and Complaint. Marcos Falchi served on 1/30/2008, answer due 2/19/2008. Service was accepted by affixed to door. Service was made by mail. Document filed by Cyber Champion International, Ltd.. (Lazarus, Harlan)**

**1:07-cv-9503 Notice has been electronically mailed to:**

Harlan Mitchell Lazarus    hmllaw@worldnet.att.net

Dwight Yellen    dyellen@ballonstoll.com

**1:07-cv-9503 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2008] [FileNumber=4230786-0
] [1731aaa526f32c57da760d642f0a6634590e48d2ebf15ca68c8244b25f58e400e0a
c3d79adfef5ae1b7ab44b09e522567a99aa4914ac8ef2347fbf2d576037e8]]