# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                                                   Case No.: 07 CV 9503 (LAK)

                  Plaintiff,

      - against -

CARLOS FALCHI, MARCOS FALCHI, and          **AFFIDAVIT**
XYZ COMPANIES,

                  Defendants.
------------------------------------------------------------X
STATE OF NEW YORK    )
                              )SS.:
COUNTY OF NEW YORK  )

      Carissa A. Schumacher, being duly sworn, deposes and says:

1. I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

2. On January 29, 2008, at approximately 12:45 p.m., at the request of Harlan M. Lazarus, Esq. ("Lazarus"), I personally traveled to 260 West 39th Street, New York, New York,(the "Location"), the address set forth in the Affidavit of Service, dated January 28, 2008, indicating service of the Summons and Complaint on Defendant, Marcos Falchi, on January 25, 2008, by delivery to Alex Falchi, the son of Marcos Falchi. Said Affidavit of Service is attached hereto as *Exhibit A.*

3. Upon entering the building I looked at the directory board, and saw that "Falchi" was listed to be on the 7th Floor of the building at the Location.

4. I took the elevator to the 7th Floor of the Location.

5. Once the elevator doors opened on the 7th Floor, I stepped out into the hallway and I saw "Carlos Falchi" written on the front of an office directly in front of the elevator doors (the "Office").

6. I walked into the Office and I asked the receptionist if this was the office of

Marcos Falchi.

5. The receptionist confirmed that it was the office of Marcos Falchi.

6. I asked the receptionist her name, to which she responded "Liz Landa".

7. I also personally traveled to the 8th floor at the Location, the address set forth in the Affidavit of Service, dated November 2, 2007, indicating service of the the Civil Cover Sheet, Rule 7.1 Statement, Summons and Complaint on Defendant, Marcos Falchi, on October 31, 2007, by delivery to Sue Moe, a co-worker of Marcos Falchi. Said Affidavit of Service is attached hereto as *Exhibit B*.

8. Once I reached the 8th Floor of the Location I saw a typed sign on the door of the office on this floor indicating that it was part of the office of "Carlos Falchi".

9. At the request of Lazarus, I also personally traveled to 320 East 42nd Street, New York, New York (the "42nd Street address"), the address set forth in the Declaration of Marcos Falchi, dated January 17, 2008, as Falchi's "place of business".

10. The 42nd Street address was a residential building named "Woodstock Towers".

Carissa A. Schumacher

Sworn to me the 1st day of February, 2008

Notary Public
MARLA A. LAZARUS
Notary Public, State of New York
No. 01-4723982
Qualified in New York County
Commission Expires February 28, 20__

-2-