UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                                 Case No.: 07 CV 9503 (LAK)

                Plaintiff,

   - against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

                Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                               )SS.:
COUNTY OF NEW YORK  )

      Carissa A. Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

      On February 1, 2008, I mailed true copies of the following document: **AFFIRMATION OF HARLAN M. LAZARUS, ESQ. IN OPPOSITION TO THE MOTION OF DEFENDANT MARCOS FALCHI, TO DISMISS THE COMPLAINT OF PLAINTIFF, CYBER CHAMPION INTERNATIONAL, LTD; and MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION OF DEFENDANT, MARCOS FALCHI, TO DISMISS THE COMPLAINT OF PLAINTIFF, CYBER CHAMPION INTERNATIONAL, LTD.;** enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

| | |
|---|---|
| **MALDJIAN & FALLON LLC,** <br> 365 Broad Street, 3rd Floor <br> Red Bank, NJ 07701 <br> Attn: BRIAN GAYNOR, ESQ. | **BALLON STOLL BADER & NADLER, P.C.** <br> 1450 Broadway, 14th Floor <br> New York, NY 10018-2268 <br> Attn: DWIGHT YELLEN, ESQ |

                                                                Carissa A. Schumacher

Sworn to before me this
1st day of February, 2008

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 2011