© 1988 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

COURT  UNITED STATES DISTRICT COURT
COUNTY OF  SOUTHERN DISTRICT OF NEW YORK

CYBER CHAMPION INTERNATIONAL LIMITED

Plaintiff(s)

against

CARLOS FALCHI, MARCOS FALCHI & XYZ COs.

Defendant(s)

CASE No. 07 CV 9503 (LAK)

**AFFIDAVIT OF SERVICE OF SUBPOENA**
IN A CIVIL CASE, PLAINTIFF'S NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION PURSUANT TO F.R.C.P. RULE 30(b)(6)

STATE OF NEW YORK, COUNTY OF   NEW YORK   SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at BROOKLYN, NEW YORK
That on  2/25/08  at 4:35  P.M., at 420 LEXINGTON AVENUE, NEW YORK, NEW YORK #300
deponent served the within subpoena on  MICHAEL LICHTENSTEIN, ESQ.  witness therein named,
SEE ABOVE STATED DOCUMENTS

**INDIVIDUAL**
1. ☒  by delivering a true copy to said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**CORPORATION**
2. ☐  a    corporation, by delivering thereat a true copy to
personally, deponent knew said corporation so served to be the corporation witness and knew said individual to be    thereof.

**SUITABLE AGE PERSON**
3. ☐  by delivering thereat a true copy to    a person of suitable age
and discretion. Said premises is witness'—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐  by affixing a true copy to the door of said premises, which is witness'—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence, to find witness or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to witness at witness' last known residence, at    and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

At the time of said service, deponent paid (tendered) in advance $ 45.00   the authorized traveling expenses and one day's witness fee.

Sworn to before me on
2/27/08

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
JEROME E. GOLDMAN
License No. 1239192

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CYBER CHAMPION INTERNATIONAL LIMITED

V.

CARLOS FALCHI, MARCOS FALCHI & XYZ COs.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 CV 9503 (LAK)

TO: MICHAEL LICHTENSTEIN, ESQ. c/o Group L Consulting,
420 Lexington Avenue, New York, New York 10170

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| LAZARUS & LAZARUS, P.C. 240 Madison Avenue, 8th Floor, New York, NY 10016 | 3/14/2008 10:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Appendix A attached hereto.

| PLACE | DATE AND TIME |
| --- | --- |
| LAZARUS & LAZARUS, P.C. 240 Madison Avenue, 8th Floor, New York, NY 10016 | 3/14/2008 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *[signature]* | 2/22/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Harlan M. Lazarus (Attorneys for Plaintiff)
LAZARUS & LAZARUS, P.C. located at 250 Madison Avenue, 8th Fl., New York, NY 10016

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.