COURT UNITED STATES DISTRICT COURT
COUNTY OF    SOUTHERN DISTRICT OF NEW YORK

CYBER CHAMPION INTERNATIONAL LIMITED

CASE No. 07 CV 9503 (LAK)

*Plaintiff(s)*

against

CARLOS FALCHI, MARCOS FALCHI & XYZ COs.

*Defendant(s)*

*AFFIDAVIT OF SERVICE OF SUBPOENA* IN A CIVIL CASE, PLAINTIFF'S NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION PURSUANT TO F.R.C.P. RULE 30(b)(6)

STATE OF NEW YORK, COUNTY OF NEW YORK   SS:   The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at WAYNE, NEW JERSEY
That on 3/5/08   at 6:57 A M., at 41 POWHATTAN PATH, OAKLAND, NEW JERSEY
deponent served the within subpoena on    GEORGE KACHEJIAN    witness therein named,
SEE ABOVE STATED DOCUMENTS

**INDIVIDUAL**
1. ☒ by delivering a true copy to said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**CORPORATION**
2. ☐ a    corporation, by delivering thereat a true copy to    personally, deponent knew said corporation so served to be the corporation witness and knew said individual to be    thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy to    a person of suitable age and discretion. Said premises is witness'—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy to the door of said premises, which is witness'—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to witness at witness' last known residence, at    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business, at    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☒ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☒ Beard | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

At the time of said service, deponent paid (tendered) in advance $ 73.00   the authorized traveling expenses and one day's witness fee.

Sworn to before me on
3/6/08

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
PETER FELDMAN

License No. 797824

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

              Case No.: 07 CV 9503 (LAK)

     Plaintiff,

 - against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,
     Defendants.
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

          LAZARUS & LAZARUS, P.C.
          *Attorneys for Defendants*
        240 Madison Avenue, 8th Floor
         New York, New York 10016
          Tel. (212) 889-7400