AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

| CYBER CHAMPION INTERNATIONAL LIMITED | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| CARLOS FALCHI, MARCOS FALCHI & XYZ COs. | Case Number:[1] 07 CV 9503 (LAK) |

TO:
Home Shopping Network
c/o IAC/Interactive Corp. d/b/a Home Shopping Network
152 West 57th Street, New York, New York 10019

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| LAZARUS & LAZARUS, P.C. 240 Madison Avenue, 8th Floor, New York, NY 10016 | 3/5/2008 10:30 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Appendix A attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| LAZARUS & LAZARUS, P.C. 240 Madison Avenue, 8th Floor, New York, NY 10016 | 3/5/2008 10:30 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2/6/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Harlan M. Lazarus (Attorneys for Plaintiff)
LAZARUS & LAZARUS, P.C. located at 240 Madison Avenue, 8th Fl., New York, NY 10016

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                                Case No.: 07 CV 9503 (LAK)

            Plaintiff,

- against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,
            Defendants.
------------------------------------------------------------X

## PLAINTIFF'S NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION PURSUANT TO F.R.C.P. RULE 30(b)(6)

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Rule 30(b)(6), the testimony upon oral examination of HOME SHOPPING NETWORK, whose address is c/o IAC/ Interactive Corpo. d/b/a Home Shopping Network, 152 West 57th Street, New York, New York 10019, will be taken before a Notary Public who is not an attorney, or an employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest, consanguinity or affinity, to be held and conducted at the office of Plaintiff's undersigned attorneys, on **Wednesday, March 5, 2008, at 10:30 a.m.** in the forenoon of that day with respect to evidence and material necessary in the prosecution-defense of this action. Said deposition will continue from day to day, if necessary, until completed.

**PLEASE TAKE FURTHER NOTICE** that said party to be examined is required to produce at such examination all documents, papers, records, reports, oral and/or hand-written, statements, correspondence, and the like, relating to the within action.

Respectfully submitted this 6 day of February, 2008.

LAZARUS & LAZARUS, P.C.
*Attorneys for Plaintiff*, Cyber Champion International, Ltd.

By: _____
HARLAN M. LAZARUS (HML-0268)
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. (212) 889-7400

TO: **MALDJIAN & FALLON LLC,**
*Attorneys for Defendant, Marcos Falchi*
Intellectual Property Counsel
365 Broad Street, 3rd Floor
Red Bank, NJ 07701
Attn: **BRIAN GAYNOR, ESQ.**

- and -

TO: **BALLON STOLL BADER & NADLER, P.C.,**
*Attorneys for Defendant, Carlos Falchi*
1450 Broadway, 14th Floor
New York, NY 10018-2268
Attn: **DWIGHT YELLEN, ESQ**

# APPENDIX "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                              Case No.: 07 CV 9503 (LAK)

              Plaintiff,

- against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

              Defendants.
-------------------------------------------------------X

# APPENDIX "A"

## DEFINITIONS

1. The term "person" means natural persons, groups of natural persons acting as individuals, groups of natural persons acting in a collegial capacity (*e.g.*, as a committee, board of directors, etc.), government ministries, agencies, offices, department or other units thereof, corporations, partnerships, associations, joint ventures, proprietorships, or any other incorporated or unincorporated business or social entity.

2. The term "document" means all written, printed, typed, recorded or graphic matters of every kind, type and description (whether inscribed by hand or mechanical, electronic, photographic or other means), including, but not limited to, all writings, letters, bank checks (front and back), bank statements, deposit slips (front and back), check stubs or registers, telegrams, teletype messages, telexes, cables, telephone messages, or other messages, interoffice communications, bills, logs, memoranda, reports, prospectuses,

proposals, studies, calendars, appointment books, journal and diary entries, amps pamphlets, brochures, minutes, contracts, invoices, expense accounts, work sheets, notebooks, bulletins, notes, charts, tabulations, analyses, drawings, statistical or informational accumulations, any kind of records or meetings or conversations, film impressions, photographs, computer-recorded or computer-stored data, computer printouts, magnetic tapes, sound or mechanical reproductions, transcripts, affidavits, signed statements, travel vouchers, invoices, work orders and copies of documents which are not identical duplicates of the originals (*e.g.*, because handwritten or "blind" notes appear thereon or are attached thereto) whether or not the originals are in your possession, custody or control.

3. The term "communications" means any transfer of information (in the form of facts, ideas, inquiries or otherwise), by written, oral or any other mean.

4. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

## DOCUMENT PRODUCTION REQUEST

1. Communications, documentation, records, and/or information of or concerning Carlos Falchi, or Marcos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

2. Communications, documentation, records, and/or information of or concerning

trademarks, service mark tradenames, in whole or in part, obtained by, from or through Carlos Falchi, or any person, firm, business or organization affiliated with Carlos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

3. Communications, documentation, records, and/or information of or concerning trademarks, service mark tradenames, in whole or in part, obtained by, from or through Marcos Falchi, or any person, firm, business or organization affiliated with Marcos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

4. Communications of or concerning any tradenames, service marks or trademarks, in whole or in part, incorporating, based on, or utilizing, in whole or in part, the name, trademark or tradename Carlos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

5. Communications, documentation, records, and/or information of or concerning the use, sale, manufacture, distribution, promotion, or advertisement of any product utilizing a trademark obtained by or through Carlos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

6. Communications, documentation, records, and/or information of or concerning any tradenames, service marks or trademarks, in whole or in part, incorporating, based on, or utilizing, in whole or in part, the name, trademark or tradename "CHI BY

FALCHI", directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

7. Communications, documentation, records, and/or information of or concerning any and all revenues received for or on account of the name, trademark or tradename "CHI BY FALCHI", or any other name, trademark, and/or tradename associated with Carlos Falchi and/or Marcos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

8. Communications, documentation, records, and/or information of or concerning any and all payments and/or remittances received from or on behalf of the name, trademark or tradename "CHI BY FALCHI", or any other name, trademark, and/or tradename associated with Carlos Falchi and/or Marcos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

9. Communications, documentation, records, and/or information of or concerning any and all of the sales of any products with the name, trademark or tradename "CHI BY FALCHI", or any other name, trademark, and/or tradename associated with Carlos Falchi and/or Marcos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

10. Communications, documentation, records, and/or information of or concerning any and all use, sale, manufacture, distribution, promotion, programing, or advertisement of any products with the name, trademark or tradename "CHI BY

FALCHI", or any other name, trademark, and/or tradename associated with Carlos Falchi and/or Marcos Falchi, or consisting in whole, or in part of the designation "FALCHI".

11. Communications, documentation, records, and/or information of or concerning any the customers/purchasers of any products with the name, trademark or tradename "CHI BY FALCHI", or any other name, trademark, and/or tradename associated with Carlos Falchi and/or Marcos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

12. Communications, documentation, records, and/or information of or concerning the inventory of any products with the name, trademark or tradename "CHI BY FALCHI", or any other name, trademark, and/or tradename associated with Carlos Falchi and/or Marcos Falchi, directly or indirectly, or consisting in whole, or in part of the designation "FALCHI".

13. Communications, documentation, records, and/or information of or concerning the United States Patent and Trademark Office registration number 1,116,624, annexed hereto as *Exhibit A*, or consisting in whole, or in part of the designation "FALCHI".

14. Communications, documentation, records, and/or information of or concerning the United States Patent and Trademark Office registration number 1,477,810, annexed hereto as *Exhibit B*, or consisting in whole, or in part of the designation "FALCHI".

# EXHIBIT A

Int. Cl.: 18
Prior U.S. Cls.: 3 and 32
United States Patent and Trademark Office
10 Year Renewal

Reg. No. 1,116,624
Registered Apr. 17, 1979
Renewal Term Begins Apr. 17, 1999

TRADEMARK
PRINCIPAL REGISTER

*Carlos Falchi*

DOUBLE N, INC. (DELAWARE CORPORATION)
SUITE 1100
8080 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75206, BY ASSIGNMENT
FALCHI, CARLOS (BRAZIL CITIZEN)
NEW YORK, NY

FOR: HANDBAGS, POCKETBOOKS, PURSES, BRIEFCASE-TYPE PORTFOLIOS, KEY CASES, WALLETS, ATTACHE CASES, TOTE BAGS, AND LUGGAGE, IN CLASS 18 (U.S. CLS. 3 AND 32).

FIRST USE 9-15-1972; IN COMMERCE 9-15-1972.

SER. NO. 73-159,639, FILED 2-23-1978.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 4, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 18

Prior U.S. Cl.: 3, 32

Reg. No. 1,116,624

United States Patent and Trademark Office  Registered Apr. 17, 1979

## TRADEMARK
Principal Register

*Carlos Falchi*

Carlos Falchi
333 Park Ave. S.
New York, N.Y. 10010

For: HANDBAGS, POCKETBOOKS, PURSES, BRIEFCASE-TYPE PORTFOLIOS, KEY CASES, WALLETS, ATTACHE CASES, TOTE BAGS, AND LUGGAGE, in CLASS 18 (U.S. CLS. 3 and 32).

First use on or before Sept. 15, 1972; in commerce on or before Sept. 15, 1972.

Ser. No. 159,639, filed Feb. 23, 1978.

# EXHIBIT B

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,477,810

United States Patent and Trademark Office  Registered Feb. 23, 1988

TRADEMARK
PRINCIPAL REGISTER

CARLOS FALCHI

FALCHI, CARLOS (UNITED STATES CITIZEN)
53 WEST 23RD STREET
NEW YORK, NY 10010

FOR: LINE OF CLOTHING, APPAREL AND WOMEN'S FASHIONS, COATS, TOPS, SHORTS, PANTSUITS, JUMPSUITS, DRESSES, PANTS, SLACKS, BLOUSES, VESTS, RAINWEAR, JACKETS, SKIRTS, HEADWEAR, SWEATERS, SCARVES, SWIMWEAR, HATS, BELTS, SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 5-1-1985; IN COMMERCE 5-1-1985.

OWNER OF U.S. REG. NO. 1,116,624 AND OTHERS.

SER. NO. 663,330, FILED 5-28-1987.

DEBORAH S. COHN, EXAMINING ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                Plaintiff,

- against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

                Defendants.
-------------------------------------------------------X

Case No.: 07 CV 9503 (LAK)

## SUBPOENA & NOTICE OF DEPOSITION TO HOME SHOPPING NETWORK

LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants*
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. (212) 889-7400

Hmllaw@att.Net
212 684 0314 Fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                    Case No.: 07 CV 9503 (LAK)

          Plaintiff,

- against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

          Defendants.
------------------------------------------------------------X
STATE OF NEW YORK  )
                       )SS.:
COUNTY OF NEW YORK )

        Carissa A. Schumacher, being duly sworn, deposes and says:

        I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

        On February 6, 2008, I mailed true copies of the following document(s): SUBPOENA IN A CIVIL CASE & PLAINTIFF'S NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION PURSUANT TO F.R.C.P. RULE 30(b)(6) OF HOME SHOPPING NETWORK; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

MALDJIAN & FALLON LLC,        BALLON STOLL BADER & NADLER, P.C.
365 Broad Street, 3rd Floor         1450 Broadway, 14th Floor
Red Bank, NJ 07701               New York, NY 10018-2268
Attn: BRIAN GAYNOR, ESQ.       Attn: DWIGHT YELLEN, ESQ

                                               _____
                                               Carissa A. Schumacher

Sworn to before me this
6th day of February, 2008

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20_11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYBER CHAMPION INTERNATIONAL LTD.

Case No. 07 CV 9305 (LAK)

Plaintiff

against

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

Defendants

# SUBPOENA & NOTICE OF DEPOSITION TO
# HOME SHOPPING NETWORK

LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants*
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel: (212) 889-7400

To:                                                    Service of a copy of the within is hereby admitted.

                                                       Dated:

Attorney(s) for:

STATE OF                    COUNTY OF
I, the undersigned, an attorney admitted to practice law

☐ Certification  certify that the within
   by Attorney   has been compared by me with the original and found to be a true and complete copy.

☐ Attorney's    state that I am
   Affirmation                                                                  the attorney of record for
                                                                   in the within action. I have read the foregoing
                                                       and know the contents thereof, the same is
   true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as
   to those matters I believe it to be true. The reason this verification is made by me and not by

   The grounds of my belief as to all matters not stated upon my own knowledge are as follows:


   I affirm that the foregoing statements are true under the penalties of perjury.
Dated:

STATE OF                    COUNTY OF                                                    ss.:
                                                                        being duly sworn, deposes and says: I am
☐ Individual                                                            in the within action. I have read
   Verification  the foregoing                                  and know the contents thereof; the same is true to
   my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those
   matters I believe it to be true.

☐ Corporate    that                                                     he
   Verification                                                                                     of
                                                   corporation and a party in the within action. I have read the foregoing
                                                   and know the contents thereof, and the same is true to my own knowledge,
   except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe
   it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.
   The grounds of my belief as to all matters not stated upon my own knowledge are as follows:




Sworn to before me on


STATE OF                    COUNTY OF                                                    ss.:
I,                                                          being sworn says: I am not a party to the action, am over 18 years
of age and reside at
On                                I served the within
☐ Service        by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care
   by Mail       and custody of the U.S. Postal Service within this State, addressed to each of the following persons at the last
                 known address set forth after each name:

☐ Personal      by delivering a true copy thereof personally to each person named below at the address indicated. I knew each person
   Service      served to be the person mentioned and described in said papers as a party therein:
   Individual

© 1988 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

COURT: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
COUNTY OF:

CYBER CHAMPION INTERNATIONAL LIMITED

*Plaintiff(s)*

against

CARLOS FALCHI, MARCOS FALCHI & XYZ COs.

*Defendant(s)*

CASE Index No. 07 CV 9503 (LAK)

**AFFIDAVIT OF SERVICE OF SUBPOENA** IN A CIVIL CASE, PLAINTIFF'S NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION PURSUANT TO F.C.R.P. RULE 30(b)(6)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at CORONA, NEW YORK

That on 2/12/08 at 4:17 P.M., at 555 WEST 18TH STREET, NEW YORK, NEW YORK deponent served the within subpoena on HOME SHOPPING NETWORK C/O IAC/INTERACTIVE CORP. witness therein named, SEE ABOVE STATED DOCUMENTS D/B/A HOME SHOPPING NETWORK

**INDIVIDUAL 1. ☐** by delivering a true copy to said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**CORPORATION 2. ☒** a DOMESTIC corporation, by delivering thereat a true copy to JANEE CHUNG personally, deponent knew said corporation so served to be the corporation witness and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON 3. ☐** by delivering thereat a true copy to _____ a person of suitable age and discretion. Said premises is witness'—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4. ☐** by affixing a true copy to the door of said premises, which is witness'—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to witness at witness' last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**DESCRIPTION USE WITH 1, 2, OR 3 ☒**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

At the time of said service, deponent paid (tendered) in advance $ 45.00 the authorized traveling expenses and one day's witness fee.

Sworn to before me on 2/13/08

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

JUAN D. AGUIRRE
License No. 843839