


~~March 25, 2008~~

**Via Overnight Courier**
Harlan M. Lazarus
Lazarus & Lazarus, P.C.
250 Madison Avenue
8th Floor
New York, New York 10016

Re:    <u>Cyber Champion Int'l, Ltd. v. Carlos Falchi, Marcos Falchi and XYZ Cos.</u>

Dear Mr. Lazarus:

Enclosed are copies of Confidential documents responsive to your February 6, 2008 Subpoena in a Civil Case to HSN LP d/b/a Home Shopping Network ("HSN".) As I indicated in my March 20, 2008 email to you, the records produced today include agreements and HSN's Purchase Orders to vendors. HSN's vendors of the Falchi-related products include Amiee Lynn Inc., GFW Group, Inc., R & C International Group, Design & Development, LLC and Designer's Consortium, LLC. No agreement with GFW Group, Inc. has been located, but we are continuing to search. Also enclosed are the Individual Schedule Reports for Carlos Falchi and certain vendor information records.

It is our intent to provide you the additional records outlined in my email on or by Friday, March 28, 2008. However, as I have previously indicated if we find that we are unable to do so exactly by that date due to the volume of documents involved, I will so notify and update you as to a new target date.

As for the $45.00 check you advanced for copying costs, that amount covers the cost of the first 180 pages of the total 795 pages included in this initial production. Please forward a check to me made payable to HSN LP in the amount of $153.75 to cover the balance of the copying costs of .25 per page, for the remaining 615 pages. HSN LP's Federal Tax ID number is 59-3490596.

                                            Sincerely,

                                            Shauna Burkes
                                            Senior Counsel

Enclosure