**MEMO ENDORSED**

LAZARUS & LAZARUS, P.C.
COUNSELLORS AT LAW

240 MADISON AVENUE
NEW YORK, N.Y. 10016

AREA CODE 212
677-7400

TELECOPIER
212-664-0314

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

RECEIVED
APR 28 2008
JUDGE KAPLAN'S CHAMBERS

April 25, 2008

Via Overnight Mail To:

**HONORABLE LEWIS A. KAPLAN**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Room 1310
New York, New York 10007

Re: **CYBER CHAMPION INTERNATIONAL, LTD. v. CARLOS FALCHI, MARCOS FALCHI, AND XYZ COMPANIES**
Index No.: 07 CV 9503(LAK)

Dear Honorable Sir:

We are the attorneys for the Plaintiff, Cyber Champion International, Ltd. (the "Plaintiff"), in connection with the above referenced matter.

We are in receipt of the Motion to Quash Non-Party Subpoena and Notice of Deposition as filed on April 22, 2008 by HSN LP, i/n/h/a "Home Shopping Network c/o IAC/Interactive Corp. d/b/a Home Shopping Network" ("HSN").

We withdraw the Subpoena served on HSN on February 6, 2008, without prejudice, subject to Plaintiff's right to reserve same at a future date.

We thank Your Honor for your attention in this matter.

Respectfully Submitted,

Harlan M. Lazarus

Motion denied as

SO ORDERED

LEWIS A. KAPLAN, USDJ
4/28/08

HML:cs
CC: Maldjian & Fallon, LLC (Attorneys for Marcos Falchi)
    via electronic mail
CC: Ballon Stoll Bader & Nadler, P.C. (Attorneys for Carlos Falchi)
    via electronic mail
CC: Goldberg & Associates (Attorneys for HSN)
    via facsimile