UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                Plaintiff,

- against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

                Defendants.
------------------------------------------------------------X

Case No.: 07 CV 9503 (LAK)

STATE OF NEW YORK    )
                              )SS.:
COUNTY OF NEW YORK  )

      Carissa A. Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Hudson County, New Jersey.

      On May 14, 2008, I mailed true copies of the following document(s): CYBER CHAMPION INTERNATIONAL, LTD REPLY TO COUNTERCLAIMS OF MARCOS FALCHI; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

**MALDJIAN & FALLON LLC,**
365 Broad Street, 3rd Floor
Red Bank, NJ 07701
**Attn: BRIAN GAYNOR, ESQ.**

**BALLON STOLL BADER & NADLER, P.C.**
729 Seventh Avenue, 17th Floor
New York, NY 10019
**Attn: DWIGHT YELLEN, ESQ**

_____
Carissa A. Schumacher

Sworn to before me this 14th day of May, 2008

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 2011