UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                         Case No.: 07 CV 9503 (LAK)

            Plaintiff,

     - against -                        **NOTICE OF MOTION TO
                                                   ENFORCE THE JUNE 3, 2008
CARLOS FALCHI, MARCOS FALCHI, and       SETTLEMENT AGREEMENT**
XYZ COMPANIES,

           Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Affirmation of Harlan M. Lazarus, Esq., and Memorandum of Law in Support thereof, Plaintiff, Cyber Champion International ("Plaintiff") will move this Court, pursuant to the August 6, 2008 Memorandum and Order of United States Magistrate Judge Douglas F. Eaton (the "Order") for an Order:

    *(i)*    enforcing the June 3, 2008 Settlement Agreement;

    *(ii)*   directing the Clerk of this Court to enter a money judgment against Carlos Falchi in the sum of One Million Dollars ($1,000,000.00);

    *(iii)*  permanently enjoining Defendants, Carlos Falchi ("Carlos") and Marcos Falchi ("Marcos") (collectively referred to as the "Defendants") from, directly or indirectly, using in commerce any trademarks, tradenames, and/or marks derived from, similar to, suggesting, and/or resembling Plaintiff's "Carlos Falchi" Trademarks, or any variations thereof;

    *(iv)*  permanently enjoining Plaintiff and Defendants from, directly or indirectly, using in commerce the mark "Chi By Falchi"; and

    *(v)*   permanently enjoining Carlos from, directly or indirectly, publicly associating Carlos's name with use by Marcos, directly or indirectly, of a mark, in whole, or in part, consistent with "Chi".

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order, opposition papers, are due to be served and filed by September 23, 2008, and any reply papers must be served and filed by September 30, 2008.

Dated: September 8, 2008
      New York, New York

                                            LAZARUS & LAZARUS, P.C.
                                            *Attorneys for Plainitff*

                                            By:_____
                                            HARLAN M. LAZARUS (HML-0268)
                                            240 Madison Avenue
                                            New York, New York 10016
                                            (212) 889-7400

TO:    **MALDJIAN & FALLON LLC,**
         *Attorneys for Defendant, Marcos Falchi*
         Intellectual Property Counsel
         365 Broad Street, 3rd Floor
         Red Bank, NJ 07701
         **Attn: BRIAN GAYNOR, ESQ.**

         - and -

TO:    **BALLON STOLL BADER & NADLER, P.C.,**
         *Attorneys for Defendant, Carlos Falchi*
         1450 Broadway, 14th Floor
         New York, NY 10018-2268
         **Attn: DWIGHT YELLEN, ESQ**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                           Case No.: 07 CV 9503 (LAK)

           Plaintiff,

  - against -                               **ORDER**

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,
           Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that based upon Cyber Champion International, Ltd. Motion requesting an Order:

    *(i)*    enforcing the June 3, 2008 Settlement Agreement;

    *(ii)*    directing the Clerk of this Court to enter a money judgment against Carlos Falchi in the sum of One Million Dollars ($1,000,000.00);

    *(iii)*    permanently enjoining Defendants, Carlos Falchi ("Carlos") and Marcos Falchi ("Marcos") (collectively referred to as the "Defendants") from, directly or indirectly, using in commerce any trademarks, tradenames, and/or marks derived from, similar to, suggesting, and/or resembling Plaintiff's "Carlos Falchi" Trademarks, or any variations thereof;

    *(iv)*    permanently enjoining Plaintiff and Defendants from, directly or indirectly, using in commerce the mark "Chi By Falchi"; and

    *(v)*    permanently enjoining Carlos from, directly or indirectly, publicly associating Carlos's name with use by Marcos, directly or indirectly, of a mark, in whole, or in part, consistent with "Chi";

and the accompanying Memorandum of Law and Affirmation of Harlan M. Lazarus, in support thereof, and for good cause shown, it is hereby:

      **ORDERED**, that the Settlement Agreement reached between the parties at the

Settlement Conference held on June 3, 2008 before United States Magistrate Judge Douglas F. Eaton is enforced; and it is further

**ORDERED**, that

    (i)    the Clerk of this Court is to enter a money judgment against Carlos Falchi in the sum of One Million Dollars ($1,000,000.00);

    (ii)    the Defendants are permanently enjoined from, directly or indirectly, using in commerce any trademarks, tradenames, and/or marks derived from, similar to, suggesting, and/or resembling Plaintiff's "Carlos Falchi" Trademarks, or any variations thereof;

    (iii)    Plaintiff and Defendant are permanently enjoined from, directly or indirectly, using in commerce the mark "Chi By Falchi"; and

    (iv)    Carlos is permanently enjoined from, directly or indirectly, publicly associating Carlos's name with use by Marcos, directly or indirectly, of a mark, in whole, or in part, consistent with "Chi".


Dated: _____   _____


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CYBER CHAMPION INTERNATIONAL, LTD.,

                      Plaintiff,

Case No.: 07 CV 9503 (LAK)

       - against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

                      Defendants.
------------------------------------------------------------X


## NOTICE OF MOTION TO ENFORCE THE JUNE 3, 2008 SETTLEMENT AGREEMENT


LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants*
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. (212) 889-7400

To

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for