# EXHIBIT B

## Harlan M. Lazarus

| | |
|---|---|
| From: | Dwight Yellen [dyellen@ballonstoll.com] |
| Sent: | Monday, June 09, 2008 11:59 AM |
| To: | Harlan Lazarus |
| Cc: | George Kachejian; carlos.falchi@gmail.com |
| Subject: | Settlement Agreement |

I am drafting the settlement agreement. Please advise if your client has entered into any licenses of the marks. Thanks.

Dwight Yellen
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue - 17th Floor
New York, NY 10019
www.ballonstoll.com
V: 212 575 7900 x. 3333
F: 212 764 5060
E: Dyellen@ballonstoll.com
AIM: YellenLaw

Confidentiality Statement: The information contained in this electronic message is privileged and confidential information intended only for the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this message is strictly prohibited.

1

## Harlan M. Lazarus

**From:** Dwight Yellen [dyellen@ballonstoll.com]
**Sent:** Friday, June 13, 2008 6:11 PM
**To:** Harlan M. Lazarus
**Cc:** Brian Gaynor
**Subject:** RE: CYBER DRAFT NOTE AND SEC AGREEMENT

I just circulated my draft to my people. You will have it Monday along with my comments on yours. Brian?

---

**From:** Harlan M. Lazarus [mailto:hmllaw@att.net]
**Sent:** Friday, June 13, 2008 5:05 PM
**To:** Dwight Yellen; bgaynor@mfiplaw.com
**Cc:** 'Carissa Schumacher'
**Subject:** RE: CYBER DRAFT NOTE AND SEC AGREEMENT
**Importance:** High

Dwight/Brian:

I sent my "draft", but have not received anything from either of you. Please immediately advise; please immediately forward drafts. HML

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

---

**From:** Dwight Yellen [mailto:dyellen@ballonstoll.com]
**Sent:** Wednesday, June 11, 2008 8:06 PM
**To:** Harlan M. Lazarus; bgaynor@mfiplaw.com
**Cc:** Carissa Schumacher
**Subject:** RE: CYBER DRAFT NOTE AND SEC AGREEMENT

Thanks Harlan. I would anticipate a draft Friday.

---

**From:** Harlan M. Lazarus [mailto:hmllaw@att.net]
**Sent:** Wednesday, June 11, 2008 6:55 PM
**To:** Dwight Yellen; bgaynor@mfiplaw.com
**Cc:** Carissa Schumacher
**Subject:** CYBER DRAFT NOTE AND SEC AGREEMENT

Dwight/Brian: Draft Sec Agree and Note. The documents contemplate a $1.75 obligation; the "Purchase Agreement" should provide that if the $2.5 is paid in full in December, the note will be cancelled. When will I see your drafts? We must notify the Court of our progress in any event. HML

1

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

2

# Harlan M. Lazarus

| | |
|---|---|
| **From:** | Dwight Yellen [dyellen@ballonstoll.com] |
| **Sent:** | Tuesday, June 17, 2008 3:22 PM |
| **To:** | Harlan M. Lazarus |
| **Cc:** | Brian Gaynor; ggk152@optonline.net; carlos.falchi@gmail.com; Marcos Falchi; Michael Lichtenstein |
| **Subject:** | Settlement Agreement |
| **Attachments:** | 00114029.pdf |

I attach a draft settlement. I haven't received clearance from everyone, so it is subject to further comments and execution.

Please let me have your comments.

I should get to your security agreement and note later this week.

---

Dwight Yellen
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue - 17th Floor
New York, NY 10019
www.ballonstoll.com
V: 212 575 7900 x. 3333
F: 212 764 5060
E: Dyellen@ballonstoll.com
AIM: YellenLaw

 Please consider the environment before printing this e-mail

Confidentiality Statement: The information contained in this electronic message is privileged and confidential information intended only for the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this message is strictly prohibited.

# Harlan M. Lazarus

| | |
|---|---|
| **From:** | Dwight Yellen [dyellen@ballonstoll.com] |
| **Sent:** | Wednesday, June 25, 2008 10:38 AM |
| **To:** | Harlan M. Lazarus |
| **Cc:** | Brian Gaynor; ggk152@optonline.net; carlos.falchi@gmail.com; Marcos Falchi; Michael Lichtenstein |
| **Subject:** | Settlement Agreement |

Harlan -- I am awaiting your comments on the settlement agreement. I guess Brian is waiting on the mark documents. Also, would you mind very much if I redrafted your security agreement and note. I would be happy to send it to you in word or wordperfect for your revisions.

Thanks.

---

Dwight Yellen
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue - 17th Floor
New York, NY 10019
www.ballonstoll.com
V: 212 575 7900 x. 3333
F: 212 764 5060
E: Dyellen@ballonstoll.com
AIM: YellenLaw

 Please consider the environment before printing this e-mail

Confidentiality Statement: The information contained in this electronic message is privileged and confidential information intended only for the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this message is strictly prohibited.

## Harlan M. Lazarus

| | |
|---|---|
| From: | Dwight Yellen [dyellen@ballonstoll.com] |
| Sent: | Thursday, June 26, 2008 3:12 PM |
| To: | Harlan M. Lazarus |
| Cc: | bgaynor@mfiplaw.com |
| Subject: | RE: Settlement Agreement |

Sure. Friday is good. Let's pick a time. How about 11?

---

**From:** Harlan M. Lazarus [mailto:hmllaw@att.net]
**Sent:** Wednesday, June 25, 2008 1:50 PM
**To:** Dwight Yellen
**Cc:** bgaynor@mfiplaw.com
**Subject:** RE: Settlement Agreement

Dwight, Let's speak about your document and mine before we "unilaterally" make changes. How about Friday? HML

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

---

**From:** Dwight Yellen [mailto:dyellen@ballonstoll.com]
**Sent:** Wednesday, June 25, 2008 10:38 AM
**To:** Harlan M. Lazarus
**Cc:** Brian Gaynor; ggk152@optonline.net; carlos.falchi@gmail.com; Marcos Falchi; Michael Lichtenstein
**Subject:** Settlement Agreement

   Harlan -- I am awaiting your comments on the settlement agreement. I guess Brian is waiting on the mark documents. Also, would you mind very much if I redrafted your security agreement and note. I would be happy to send it to you in word or wordperfect for your revisions.

   Thanks.

---

Dwight Yellen
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue - 17th Floor
New York, NY 10019
www.ballonstoll.com
V: 212 575 7900 x. 3333
F: 212 764 5060
E: Dyellen@ballonstoll.com
AIM: YellenLaw

 Please consider the environment before printing this e-mail

1

# Harlan M. Lazarus

**From:** Dwight Yellen [dyellen@ballonstoll.com]
**Sent:** Thursday, July 03, 2008 10:18 AM
**To:** Harlan M. Lazarus
**Subject:** RE: I just called. Please return call. HML

I am working on it and hope to have it to you today.

---

**From:** Harlan M. Lazarus [mailto:hmllaw@att.net]
**Sent:** Wednesday, July 02, 2008 11:47 AM
**To:** Dwight Yellen
**Cc:** bgaynor@mfiplaw.com
**Subject:** RE: I just called. Please return call. HML

Dwight:

I am following up on my "comments" to your document and your intentions regarding my draft Security Agreement and Promissory Note. I'd like to have them before them Holiday. Please advise.

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

---

**From:** Dwight Yellen [mailto:dyellen@ballonstoll.com]
**Sent:** Friday, June 27, 2008 11:07 AM
**To:** Harlan M. Lazarus
**Subject:** RE: I just called. Please return call. HML

5 minutes

---

**From:** Harlan M. Lazarus [mailto:hmllaw@att.net]
**Sent:** Friday, June 27, 2008 11:02 AM
**To:** Dwight Yellen
**Subject:** I just called. Please return call. HML


Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)

1

(212) 684-0314 (fax)

hmllaw@att.net

# Harlan M. Lazarus

**From:** Harlan M. Lazarus [hmllaw@att.net]
**Sent:** Thursday, July 03, 2008 4:15 PM
**To:** 'Dwight Yellen'
**Cc:** 'ggk152@optonline.net'; 'carlos.falchi@gmail.com'; 'Michael Lichtenstein'; 'Brian Gaynor'; 'Marcos Falchi'
**Subject:** RE: Settlement Agreement

Thanks. HML

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

---

**From:** Dwight Yellen [mailto:dyellen@ballonstoll.com]
**Sent:** Thursday, July 03, 2008 11:39 AM
**To:** Harlan M. Lazarus
**Cc:** ggk152@optonline.net; carlos.falchi@gmail.com; Michael Lichtenstein; Brian Gaynor; Marcos Falchi
**Subject:** Settlement Agreement

I attach a revised settlement agreement highlighting changes per your comments.

Also a note and security agreement. I trust you will find this satisfactory.

My people have not reviewed these, so I reserve comments.

Regards.

---

Dwight Yellen
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue - 17th Floor
New York, NY 10019
www.ballonstoll.com
V: 212 575 7900 x. 3333
F: 212 764 5060
E: Dyellen@ballonstoll.com
AIM: YellenLaw

 Please consider the environment before printing this e-mail

Confidentiality Statement: The information contained in this electronic message is privileged and confidential information intended only for the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this message is strictly prohibited.

1

# Harlan M. Lazarus

| | |
|---|---|
| **From:** | Harlan M. Lazarus [hmllaw@att.net] |
| **Sent:** | Thursday, July 10, 2008 5:32 PM |
| **To:** | 'Dwight Yellen' |
| **Cc:** | 'ggk152@optonline.net'; 'carlos.falchi@gmail.com'; 'Michael Lichtenstein'; 'Brian Gaynor'; 'Marcos Falchi' |
| **Subject:** | RE: Settlement Agreement |

FINAL COMMENTS

SETTLEMENT AGREEMENT

-At 2.b, individual/entity to whom Carlos assigns must execute a copy of Settlement Agreement and "acknowledge, accept and agree to terms";

-At 3.b., I" add "forever abandon cease and desist"; add Marcos to same effect. "

-At "new" paragraph at end of 3 & again at 4, add, inter alia, that the obligations of the Plaintiff, Carlos, and Marcos pursuant to [a-e, in the case of para 3] and [a in the case of para 4] shall be enforceable by the non-breaching party by ex parte injunctive relief, with no showing of irreparable harm, with the full force and effect of a consent injunction".

-At 4, and upon failure to make any payment, restrictions as in 3 b, c, d, e

-At 9 (b) Cyber release effective immediately. "Editorial": The "obligation" to come up with the First payment is solely in your control. If it makes it palatable I will deliver assignments to you to be held pending wire of First payment, but Cyber gets release now.

SECURITY AGREEMENT

I need my 4, 5 and 6. (New Trademarks, Covenants and Power of attorney)

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

---

**From:** Dwight Yellen [mailto:dyellen@ballonstoll.com]
**Sent:** Thursday, July 03, 2008 11:39 AM
**To:** Harlan M. Lazarus
**Cc:** ggk152@optonline.net; carlos.falchi@gmail.com; Michael Lichtenstein; Brian Gaynor; Marcos Falchi
**Subject:** Settlement Agreement

I attach a revised settlement agreement highlighting changes per your comments.

Also a note and security agreement. I trust you will find this satisfactory.

1

My people have not reviewed these, so I reserve comments.

Regards.

---
Dwight Yellen
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue - 17th Floor
New York, NY 10019
www.ballonstoll.com
V: 212 575 7900 x. 3333
F: 212 764 5060
E: Dyellen@ballonstoll.com
AIM: YellenLaw

 Please consider the environment before printing this e-mail

Confidentiality Statement: The information contained in this electronic message is privileged and confidential information intended only for the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this message is strictly prohibited.

2

# Harlan M. Lazarus

**From:** Harlan M. Lazarus [hmllaw@att.net]
**Sent:** Wednesday, July 16, 2008 10:24 AM
**To:** 'Dwight Yellen'
**Subject:** Cyber / Falch

Dwight: I am trying hard not to take it personal, but don't understand why you are not responding. Please!

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

# Harlan M. Lazarus

**From:** Dwight Yellen [dyellen@ballonstoll.com]
**Sent:** Wednesday, July 23, 2008 6:05 PM
**To:** Harlan M. Lazarus
**Cc:** Brian Gaynor
**Subject:** RE: Dwight: I phoned. Do I (we) need Court Intervention? Please !!!

I am sooooo sorry. I have a million balls up in the air and I am a bit behind. I will do my damndest to get to it tomorrow.

---

**From:** Harlan M. Lazarus [mailto:hmllaw@att.net]
**Sent:** Wednesday, July 23, 2008 2:17 PM
**To:** Dwight Yellen
**Cc:** 'Brian Gaynor'
**Subject:** Dwight: I phoned. Do I (we) need Court Intervention? Please !!!
**Importance:** High


Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

1

# Harlan M. Lazarus

**From:** Harlan M. Lazarus [hmllaw@att.net]
**Sent:** Thursday, July 24, 2008 5:32 PM
**To:** 'Dwight Yellen'
**Subject:** RE: Dwight: I phoned. Do I (we) need Court Intervention? Please !!!

Dwight,

What can I say----very disappointed. Don't like deadlines and ultimatums, but (please) by tomorrow. HML

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net

---

**From:** Dwight Yellen [mailto:dyellen@ballonstoll.com]
**Sent:** Wednesday, July 23, 2008 6:05 PM
**To:** Harlan M. Lazarus
**Cc:** Brian Gaynor
**Subject:** RE: Dwight: I phoned. Do I (we) need Court Intervention? Please !!!

I am sooooo sorry. I have a million balls up in the air and I am a bit behind. I will do my damndest to get to it tomorrow.

---

**From:** Harlan M. Lazarus [mailto:hmllaw@att.net]
**Sent:** Wednesday, July 23, 2008 2:17 PM
**To:** Dwight Yellen
**Cc:** 'Brian Gaynor'
**Subject:** Dwight: I phoned. Do I (we) need Court Intervention? Please !!!
**Importance:** High


Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

(212) 889-7400 (phone)
(212) 684-0314 (fax)

hmllaw@att.net