# EXHIBIT C

**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE
NEW YORK, N.Y. 10016

AREA CODE 212
889-7400

TELECOPIER
212-684-0314

TELEX
236790 NYK

July 25, 2008

*Via Federal Express*
    *Overnight Mail To:*

HONORABLE DOUGLAS F. EATON
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Room 1360
New York, New York 10007

Re:   **CYBER CHAMPION INTERNATIONAL, LTD. *v.* CARLOS FALCHI, MARCOS FALCHI, AND XYZ COMPANIES**
      Index No.: 07 CV 9503(LAK)

Honorable Magistrate Judge Eaton:

We are the attorneys for the Plaintiff, Cyber Champion International, Ltd. ("Cyber").

As Your Honor will recall, this matter was fully settled in open Court by the parties, Cyber, Carlos Falchi, and Marcos Falchi (collectively referred to as the "Parties"), on June 3, 2008. A copy of the June 3, 2008 settlement agreement transcript ("Settlement Agreement") is enclosed for the Court's ease of reference.

The Parties exchanged several drafts and re-drafts of the formal documents ("Documents") contemplated by the Settlement Agreement.

However, inexplicably, "forward movement" and communication has stopped; despite repeated requests (and assurances), I have been unable to bring the Documents to conclusion.

We, therefore, respectfully request the Court's assistance and guidance in the

LAZARUS & LAZARUS, P.C.

form of either an in-person or telephonic conference[1].

We thank Your Honor for your attention regarding the above, and look forward to the Court's response.

Respectfully Submitted,

Harlan M. Lazarus

HML:cs - *Enclosure*

CC: Honorable Lewis A. Kaplan

CC: Maldjian & Fallon, LLC via e-mail
 *(Attorneys for Marcos Falchi)*

CC: Ballon Stoll Bader & Nadler, P.C. via e-mail
 *(Attorneys for Carlos Falchi)*

---

[1] From July 28th, 2008 thru July 30th, 2008 I will be taking depositions in Seattle, Washington.