UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CYBER CHAMPION INTERNATIONAL, LTD.,

                             Plaintiff,

   - against -

CARLOS FALCHI, MARCOS FALCHI, and
XYZ COMPANIES,

                            Defendants.
------------------------------------------------------------------X

Case No.: 07 CV 9503 (LAK)

STATE OF NEW YORK   )
                            )SS.:
COUNTY OF NEW YORK )

       Carissa A. Schumacher, being duly sworn, deposes and says:

       I am not a party to this action, I am over the age of 18 years and I reside in Hudson County, New Jersey.

       On September 8, 2008, I mailed true copies of the following document(s): **CYBER CHAMPION INTERNATIONAL, LTD.'S MOTION TO ENFORCE THE JUNE 3, 2008 SETTLEMENT AGREEMENT**; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

| | |
|---|---|
| **MALDJIAN & FALLON LLC,** | **BALLON STOLL BADER & NADLER, P.C.** |
| 365 Broad Street, 3rd Floor | 729 Seventh Avenue, 17th Floor |
| Red Bank, NJ 07701 | New York, NY 10019 |
| **Attn: BRIAN GAYNOR, ESQ.** | **Attn: DWIGHT YELLEN, ESQ** |

                                                           _____
                                                           Carissa A. Schumacher

Sworn to before me this 8th day of September, 2008

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20__